UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 26-3963-E | Date | July 28, 2026 |
| Title | SAHILPREET SINGH v. FERETI SEMAIA, ETC., ET AL. | | |

Present: The Honorable Charles F. Eick, United States Magistrate Judge

| Bea Martinez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**
None

**Attorneys Present for Defendants:**
None

**Proceedings:** **(IN CHAMBERS)**

The Court is in receipt of Petitioner's "Response Requesting Relief Extension," filed July 27, 2026. Petitioner shall file a Reply on or before August 3, 2026. Failure to do so may result in the denial and dismissal of the Petition.

cc: All Counsel of Record

Initials of Deputy Clerk bm